## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

WRITER'S DIRECT CONTACT:
(212) 277-5892
kszczepanski@blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:

WRITER'S DIRECT DIAL:

February 7, 2020

**VIA ECF**

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Rodriguez v. City of New York et al.*, No. 18-cv-4805 (NRB)

Dear Judge Buchwald:

Our firm represents plaintiff Giovanni Rodriguez in the above-referenced matter. We write, jointly with counsel for defendants and pursuant to Your Honor's request following the February 5, 2020 oral argument, to provide a proposed discovery scheduled. The parties propose the following schedule:

Rule 26 Disclosures due by February 28, 2020
Exchange of Document Requests and Interrogatories due by March 13, 2020
Close of Fact Discovery June 30, 2020

*So Ordered.*
*Naomi Reice Buchwald*
2/11/20 USDJ

We appreciate Your Honor's continued attention to this matter.

Respectfully,

Keith Szczepanski

cc:   Amy J. Weinblatt (via ECF)
      Amatullah Booth (via ECF)
      *Counsel for Defendants*