```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

GIOVANNI RODRIGUEZ (a/k/a King Karrot),

                Plaintiff,                    MEMORANDUM AND ORDER

           - against -                        18 Civ. 4805 (NRB)

THE CITY OF NEW YORK et al.,

                Defendants.

----------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court has reviewed the parties' letters of September 1, 2020, September 4, 2020, and September 16, 2020. See ECF Nos. 66-68. Because defendants ascertained the identities of the individuals plaintiff sought, plaintiff's request to move to compel discovery is now moot. See ECF No. 66.

The Court is supportive of parties resolving disputes among themselves. Nevertheless, it bears noting that before receiving defendants' letter of September 16, 2020, ECF No. 68, the Court drafted an order that would have converted plaintiff's letter, ECF No. 66, into a motion and denied it as meritless. In this two-year-old case in which the Court has been consistently engaged, a simple letter informing the Court of the issue would have sufficed. Moreover, in the circumstances, the suggestion that sanctions were appropriate was wholly misplaced.

The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 66.

**SO ORDERED.**

Dated:   New York, New York
         September 21, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE