**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GIOVANNI RODRIGUEZ (a/k/a King Karrot),

                              Plaintiff,
      -against-                                          18 **CIVIL** 4805 (NRB)

                                                          **JUDGMENT**

THE CITY OF NEW YORK et al.,

                              Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 16, 2021, Defendant's motion is granted and plaintiff's cross-motion is denied and plaintiff's complaint is dismissed in its entirety without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          November 17, 2021

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                                       BY:
                                                           **Deputy Clerk**